UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESUS PONCE,<br><br>          Plaintiff,<br><br>   v.<br><br>TAYLOR FARMS, LLC, et al.,<br><br>          Defendants. | Case No.16-CV-01285-LHK<br><br>**CASE MANAGEMENT ORDER** |

Attorney for Plaintiff: Marcus Bradley
Attorney for Defendant Taylor Farms, LLC: Sarah Zenewicz

     An initial case management conference was held on June 29, 2016.  A further case management conference is set for September 28, 2016, at 2:00 p.m.  The parties shall file their joint case management statement by September 21, 2016.

     The parties shall file a joint ADR status report by August 31, 2016.

     The Court set the following case schedule:

| Scheduled Event | Date |
|---|---|
| Further Case Management Conference | September 28, 2016 at 2:00 p.m. |
| Deadline to Amend the Pleadings | July 1, 2016 |
| Deadline for Plaintiff's Motion for Class Certification | October 6, 2016 |

1

Case No. 16-CV-01285-LHK
CASE MANAGEMENT ORDER

| Deadline for Defendant's Opposition to Motion for Class Certification | November 3, 2016 |
|---|---|
| Deadline for Plaintiff's Reply in Support of Motion for Class Certification | November 21, 2016 |
| Hearing on Motion for Class Certification | December 15, 2016, at 1:30 p.m. |

**IT IS SO ORDERED.**

Dated: June 29, 2016

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 16-CV-01285-LHK
CASE MANAGEMENT ORDER